IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America**<br><br>v.<br><br>**Darwin Ariel Ordonez-Moncada** | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br><br>No.  22-01585MJ-001-PHX-JFM<br><br>Ana Laura Botello (FPD)<br>Attorney for Defendant |

YOB: 1989    ICE# A209078325

**THE DEFENDANT ENTERED A PLEA OF** guilty on 5/2/2022 to Count 2 of the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8, U.S.C. §1325(a)(1), Illegal Entry, a Class B Misdemeanor offense, as charged in Count 2 of the Complaint.

**IT IS THE JUDGMENT OF THIS COURT THAT** the defendant is committed to the custody of the Bureau of Prisons for a term of **THIRTY (30) DAYS**, with credit for time served.

**IT IS ORDERED** that all remaining counts are dismissed on motion of the United States.

### CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** REMITTED     **FINE:** NONE     **RESTITUTION:** NONE

**THE COURT FINDS** that you have been sentenced in accordance with the terms of the plea agreement and that you have waived your right to appeal and to collaterally attack this matter. The waiver has been knowingly and voluntarily made with a factual basis and with an understanding of the consequences of the waiver. However, should you believe you still have a right to appeal this matter, you must file a written notice of appeal with the Clerk of Court in Phoenix, Arizona, within fourteen (14) days from the entry of judgment.

The Court orders commitment to the custody of the Bureau of Prisons.

The defendant is remanded to the custody of the United States Marshal.

Date of Imposition of Sentence:  **Monday, May 02, 2022**

Case 2:22-mj-01585-JFM   Document 8   Filed 05/03/22   Page 2 of 2

22-01585MJ-001-PHX-JFM                                                                                    Page 2 of 2
USA vs. Darwin Ariel Ordonez-Moncada

Dated this 2nd day of May, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable James F. Metcalf
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows:

defendant delivered on _____ to _____ at _____, the institution designated by the Bureau of Prisons with a certified copy of this judgment in a Criminal case.

_____                      _____
United States Marshal                                             By:    Deputy Marshal

22-01585MJ-001-PHX-JFM- Ordonez-Moncada        5/2/2022 - 12:00 PM